# EXHIBIT A

### Ron Fisher
727 North 1550 East, Suite 200
Orem, UT 84097

801/ 367-2925

ronfisherb60@yahoo.com

## Professional Profile

Successful owner/executive in aviation industry.
- Leadership Development
- Business & Strategic Planning
- Team Building
- Complete Budgeting

## Professional Experience
**BBP Air**

Responsibilities:
- Secure new contracts for turbine rotorcraft
- Manage/Maintain aircraft
- Facilities management (Hangar)
- Client Services

**Swallow Aviation/Fisher Aviation**

Responsibilities:
- Secure new contracts for turbine rotorcraft
- Manage/Maintain aircraft
- Facilities management (Hangar)
- Client Services

## Education
Brown Field
   Flight School
Montgomery Field – San Diego, CA
   High Performance, Multi-retractable, Instrument, Commercial

## Professional Bio:
Ron Fisher is an experienced aviation executive/entrepreneur with more than 30 years of experience as an owner and self employed. Prior to joining BBP Air where he is responsible for clients and aircraft management he operated in primarily Utah and California. Mr. Fisher got started specifically with rotorcraft and has continued knowledge and growth into the fixed wing operations with international capabilities. All of the experience is culminating to produce some very valuable opportunities as his network is maturing.